UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Michele Johnson,

Debtor.

_____/

**04x70853**

Case No. 03-71823
Chapter 7
Judge Thomas J. Tucker

**PAUL D. BORMAN**

## CERTIFICATION TO THE UNITED STATES DISTRICT COURT UNDER 11 U.S.C. § 110(i)(1)

As required by 11 U.S.C. § 110(i)(1), the Court certifies the following to the United States District Court: by an Order filed February 24, 2004, the Court dismissed this Chapter 7 bankruptcy case because of the failure to file bankruptcy papers, including the papers specified in section 521(1) of title 11 [11 U.S.C. § 521(1)], by a bankruptcy petition preparer.

Specifically, the Court dismissed this case due to the failure by Debtor, who had the assistance of a petition preparer named Debra Moore, to file Schedules F, G, and H, and the Debtor's failure to file a Statement of Financial Affairs using the current Official Forms prescribed by the Judicial Conference of the United States, all as required by 11 U.S.C. § 521(1) and Fed.R.Bankr.P. 9009. The dismissal followed a show-cause hearing held on January 29, 2004, which was scheduled by the Court's January 20, 2004 "Order to Show Cause and Notice of Hearing." Neither Debtor nor Debra Moore, the bankruptcy petition preparer, appeared at the show-cause hearing. Notice of the show-cause hearing was served on Debtor and on Debra

FILED
MAR - 9 2004
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

Moore, using the address for each that was listed in the bankruptcy petition and related papers filed in this case.

Date: 3-5-04

Thomas J. Tucker
United States Bankruptcy Judge

cc: Michele Johnson, Debtor
Debra Moore, bankruptcy petition preparer
United States Trustee (via Claretta Evans)
Wendy Turner Lewis, Trustee
All creditors on matrix

2

I hereby certify that the foregoing is a true copy of the original on file in this office.

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

BY: Beverly S. Thomas
                                    Deputy Clerk:
DATE: 3-8-04

Label_Matrix
for 03-71823
Fri Mar  5 14:58:48 EST 2004

(6)

Margie Johnson
22950 Norfolk
Detroit, MI  48219

Wendy Turner Lewis
456 E. Milwaukee
Detroit, MI  48202

ROBERT ONEAL
16733 PRESTON RD
MIAMI FL

Dianne Wilcosh
Bradley Wilcosh
8475 FLETCHER
GRAND BLANC MI 48439

Wayne County Treasurer Wojtowicz #1
400 Monroe St., Suite #520
Detroit, MI  48226

Kilpatrick & Associates, P.C.
Wayne County Treasurer
615 Griswold, Suite 1004
Detroit, MI  48226-3985

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

### OFFICE OF THE CLERK OF COURT

| | | |
|---|---|---|
| 226 WEST SECOND ST.<br>FLINT, MI 48502<br>(810) 235-4126 | 211 WEST FORT STREET, SUITE 2100<br>DETROIT, MICHIGAN 48226-3211<br>(313) 234-0065 / WWW.MIEB.USCOURTS.GOV | 111 FIRST STREET<br>BAY CITY, MI 48707<br>(989) 894-8840 |

To: United States District Court

**PAUL D. BORMAN**

Re: Michele Johnson Case No. 03-71823-TJT

In accordance with 11 U.S.C. §110(i)(1), a certified copy of Certification to the United States District Court Under 11 U.S.C. §110(i)(1) is now submitted to the District Court Clerk to be assigned to a District Judge.

Dated: March 8, 2004

_____
Deputy Clerk
United States Bankruptcy Court

*****************************************************************************

To: United States Bankruptcy Court

This proceeding was submitted to the Clerk of the United States District Court on **3-9-04**, was given a civil/miscellaneous number **04X70853** and was assigned to United States District Judge _____.

Dated: **3-9-04**

_____
Deputy Clerk
United States Bankruptcy Court

**FILED**

MAR - 9 2004

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT